No. 78–1118. Forsham et al. v. Harris, Secretary of Health, Education, and Welfare, et al. C. A. D. C. Cir. [Certiorari granted sub nom. Forsham v. Califano, 441 U. S. 942.] Motion of the Solicitor General for divided argument granted.

No. 78–1201. Mobil Oil Corp. v. Commissioner of Taxes of Vermont. Sup. Ct. Vt. [Probable jurisdiction noted, 441 U. S. 941.] Motion of Multistate Tax Commission et al. for divided argument granted. Mr. Justice Stewart took no part in the consideration or decision of this motion.

No. 78–1335. Village of Schaumburg v. Citizens for a Better Environment et al. C. A. 7th Cir. [Certiorari granted, 441 U. S. 922.] Motion of Coalition of National Voluntary Organizations et al. for divided argument granted.

No. 78–1604. Central Machinery Co. v. Arizona State Tax Commission. Sup. Ct. Ariz. [Probable jurisdiction noted, ante, p. 822.] Motion of appellant to dispense with printing appendix granted.

No. 78–1729. United States v. Payner. C. A. 6th Cir. [Certiorari granted, ante, p. 822.] Motion of petitioner to dispense with printing appendix granted.

No. 79–8. United States v. Raddatz. C. A. 7th Cir. [Certiorari granted, ante, p. 824.] Motion for appointment of counsel granted, and it is ordered that Joan B. Gottschall, of Chicago, Ill., be appointed to serve as counsel for respondent in this case.

No. 79–620. Sala v. County of Suffolk. C. A. 2d Cir. Motion of petitioner to expedite consideration of petition and to consolidate with No. 78–1779, Owen v. City of Independence, Missouri, et al. [certiorari granted, ante, p. 822], denied.

No. 79–5432. Richardson v. Foti, Sheriff, et al. Motion for leave to file petition for writ of habeas corpus denied.